1  Michael D. Rounds
   Nevada Bar No. 4734
2  WATSON ROUNDS
   5371 Kietzke Lane
3  Reno, NV  89511-2083
   Telephone: (775) 324-4100
4  Facsimile: (775) 333-8171
   E-Mail: mrounds@watsonrounds.com

   *Of Counsel*:
6  Christopher J. Sorenson
   Christopher C. Davis
7  MERCHANT & GOULD
   3200 IDS Center,
8  80 South Eighth Street
   Minneapolis, MN 55402
9  (612) 332-5300

   Shane A. Brunner
   MERCHANT & GOULD
   10 East Doty Street, Suite 600
   Madison WI 53703
   (608) 280-6750

   Regina V. Culbert
   MERCHANT & GOULD
   701 Fifth Avenue, Suite 4100
   Seattle, WA  98104
   (206) 342-6200

10 *Attorneys for Plaintiff*
   *Rembrandt Gaming Technologies, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REMBRANDT GAMING TECHNOLOGIES, LP, a Virginia limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION, a Nevada corporation; CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Delaware corporation; PENN NATIONAL GAMING, INC., a Pennsylvania corporation; AND WMS GAMING, INC., a Delaware corporation,<br><br>Defendants. | Case No.:     2:12-cv-775<br><br>**COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |

Plaintiff REMBRANDT GAMING TECHNOLOGIES, LP ("Rembrandt"), alleges the following in support of its Complaint for Patent Infringement and Demand for Jury Trial against Defendants BOYD GAMING CORPORATION, a Nevada corporation; CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Delaware corporation; PENN NATIONAL GAMING, INC., a Pennsylvania corporation; AND WMS GAMING, INC., a Delaware corporation:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a) because this dispute arises under the patent laws of the United States, including 35 U.S.C. §271 *et seq*.

2. This Court has personal jurisdiction over the Defendants because they are qualified to do business in the State of Nevada, and have committed acts within Nevada and this judicial district giving rise to this action.

3. Venue is proper in this district and division pursuant to 28 U.S.C. §§1391(b)(2) and 1400(b), and Local Rule IA 8-1.

## THE PARTIES

4. Plaintiff, Rembrandt Gaming Technologies, LP ("Rembrandt"), is a Virginia limited partnership with it principal place of business at 1655 North Fort Myer Drive, Suite 700, Arlington, VA 22209.

5. Defendant, WMS Gaming, Inc. ("WMS Gaming") is a Delaware corporation with corporate headquarters and principal place of business at 800 South Northpoint Boulevard, Waukegan, IL 60618. WMS maintains a commercial registered agent in Nevada, at National Registered Agents, Inc. of NV, 1000 East William Street, Suite 204, Carson City, NV 89701.

6. Defendant, Boyd Gaming Corporation ("Boyd Gaming") is a Nevada corporation with corporate headquarters and principal place of business at 3883 Howard Hughes Parkway, Ninth Floor, Las Vegas, NV 89169.  Boyd Gaming maintains a commercial registered agent in Nevada, at c/o Brian A. Larson, 3883 Howard Hughes Building, 9th Floor, Las Vegas, NV 89109.

7. Defendant, Caesars Entertainment Operating Company, Inc. ("Caesars") is a Delaware corporation with its principal executive offices and principal place of business at One Caesars Palace Drive, Las Vegas, NV 89109.  Caesars maintains a commercial registered agent in Nevada, at CSC Services of Nevada, Inc., 2215-B Renaissance Dr., Las Vegas, NV 89119.

8. Defendant, MGM Resorts International Operations, Inc. ("MGM"), is a Delaware corporation with its principal place of business at 3600 Las Vegas Boulevard South, Las Vegas, Nevada 89109.  MGM maintains a noncommercial registered agent in Nevada, Vitoria T. Ferraro, 3950 Las Vegas Blvd. South, Las Vegas, Nevada 89119.

9. Defendant, Penn National Gaming, Inc. is a Pennsylvania corporation having principal executive offices and principal place of business at 825 Berkshire Blvd, Suite 200, Wyomissing, Pennsylvania.  Penn National Gaming maintains a commercial registered agent in Nevada, at The Corporation Trust Company of Nevada, 311 S. Division St., Carson City, Nevada 89703.

**FACTUAL ALLEGATIONS AS TO ALL CLAIMS**

10. On November 4, 2003, the U.S. Patent and Trademark Office duly and legally issued U.S. Patent No. 6,641,477 entitled "Electronic Second Spin Slot Machine" (the "'477 Patent").  A true and correct copy of the '477 Patent is attached as Exhibit A.

11. Rembrandt holds all right, title and interest in and to the '477 Patent.  Rembrandt also possesses all rights to sue and recover for past and future infringement.

12. The '477 Patent is valid and enforceable.

13. Defendant, Boyd Gaming, owns, controls and operates gaming entertainment properties in the State of Nevada and elsewhere in the United States.

14. Boyd Gaming operates or has operated one or more of the following accused video slot machine games in the State of Nevada and elsewhere in the United States: Bamboozled, Jewels of Africa, The Monkees, Kingdom of the Titans, John Wayne, Survivor, Reel Rich Devil, Plataea, Cavalier, Palace of Riches III, Tiger's Realm, Griffin's Gate, Hearts of Venice, Zeus II, Sex and the City, Star Wars – Droid Hunt, Wheel of Fortune Triple Spin, Ghostbusters, Joker's Heist, Money Comb, Samurai Secrets, Ice Cap Cash, Dukes of Hazzard, Free Spin Maximus and Jungle Cats II.

15. Defendant, Caesar's, owns controls and operates numerous casino entertainment facilities in the State of Nevada, and elsewhere in the United States and internationally.

16. Caesar's operates or has operated one or more of the following accused video slot machines in the State of Nevada and elsewhere in the United States: Bamboozled, Jewels of Africa, The Monkees, Kingdom of the Titans, John Wayne, Survivor, Reel Rich Devil, Mastros, Plataea, Cavalier, Palace of Riches III, Tiger's Realm, Griffin's Gate, Hearts of Venice, Zeus II, Sex and the City, Star Wars – Droid Hunt, Wheel of Fortune Triple Spin, Ghostbusters, Money Comb, Samurai Secrets, Ice Cap Cash, Dukes of Hazzard, Double Reel Rich Devil, Dr. Jackpot and Free Spin Maximus.

17. Defendant, MGM, is in the business of owning and operating casino resorts in the United States and elsewhere in the world, including in the State of Nevada.

18. MGM operates or has operated one or more of the following accused video slot machine games in the State of Nevada and elsewhere in the United States: Bamboozled, Jewels of Africa, The Monkees, Kingdom of the Titans, John Wayne, Survivor, Reel Rich Devil,

Mastros, Plataea, Cavalier, Palace of Riches III, Tiger's Realm, Hearts of Venice, Zeus II, Sex and the City, Star Wars – Droid Hunt and Wheel of Fortune Triple Spin.

19. Defendant, Penn National, is in the business of owning and operating gaming resorts in the State of Nevada and elsewhere in the United States.

20. Penn National operates or has operated one or more of the following accused video slot machine games in Nevada and elsewhere in the United States: Jewels of Africa, The Monkees, Kingdom of the Titans, John Wayne, Survivor, Reel Rich Devil, Mastros, Plataea, Cavalier, Palace of Riches III, Tiger's Realm, Griffin's Gate, Hearts of Venice, Zeus II, Samurai Secrets, Ice Cap Cash, Sex and the City, Ghostbusters and Dr. Jackpot.

21. Defendant, WMS Gaming, is in the business of designing, manufacturing and marketing video and reel-spinning gaming machines.

22. WMS Gaming sells and/or leases video and reel-spinning gaming machines and video slot machine games to its customers.

23. WMS Gaming has made and used, and has sold and/or leased one or more of the following accused video slot machine games to one or more of its customers in the State of Nevada and elsewhere, including to Defendants Boyd Gaming, Caesar's, MGM and Penn National: Bamboozled, Jewels of Africa, The Monkees, Kingdom of the Titans, John Wayne, Survivor, Reel Rich Devil, Mastros, Plataea, Cavalier, Palace of Riches III, Tiger's Realm, Griffin's Gate, Hearts of Venice and Zeus II.

24. One example of an infringing video slot machine game is Reel Rich Devil, made, used and sold and/or leased by WMS Gaming and operated by all casino Defendants. The '477 Patent is infringed by its operation, including the operation of the re-spin feature in the game, as demonstrated in the promotional video accompanying this Complaint as Exhibit B, depicted in the following link: https://watsonrounds.sharefile.com/d/s2b980b3902046eda.

-4-

## COUNT 1
(Infringement of the '477 Patent)

25. Rembrandt incorporates by reference the allegations of Paragraphs 1-24 of this Complaint.

26. Rembrandt has not licensed or permitted Defendants to practice any of the legal rights granted under the '477 Patent.

27. Defendants are guilty of infringement of at least Claims 32 and 34 of the '477 Patent by practicing the inventions of the '477 Patent.

28. On information and belief, Defendant WMS Gaming actively induces the infringement of at least Claims 32 and 34 of the '477 Patent.

29. On information and belief, Defendant WMS Gaming is contributorily infringing at least Claims 32 and 34 of the '477 Patent by supplying, offering to sell and/or lease and selling and/or leasing components of games and/or gaming machines for use in practicing the patented method, constituting a material part of the invention embodied in the '477 Patent, knowing the same to be especially made or adapted for use in infringement of the '477 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

30. As a direct and proximate result of the Defendants' infringement of the '477 Patent, Defendants have caused and continue to cause Rembrandt to suffer damage.

## PRAYER FOR RELIEF

Rembrandt prays for the following relief:

(a) A judgment that Defendants have infringed the '477 Patent;

(b) A judgment against each Defendant awarding Rembrandt at least reasonable royalty damages on account of the infringement;

(c) An award of costs and attorney fees pursuant to 35 U.S.C. §285 and Fed. R. Civ. P. 54; and

(d)     Any further relief deemed just and equitable by the Court.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial of all issues so triable.

DATED:  May 9, 2012          By: /s/ Michael D. Rounds
                                  Michael D. Rounds
                                  Nevada Bar No. 4734

                                  WATSON ROUNDS
                                  5371 Kietzke Lane
                                  Reno, NV  89511-2083
                                  Telephone: (775) 324-4100
                                  Facsimile: (775) 333-8171
                                  E-Mail: mrounds@watsonrounds.com

                                  *Of Counsel*:
                                  Christopher J. Sorenson
                                  Christopher C. Davis
                                  MERCHANT & GOULD
                                  3200 IDS Center,
                                  80 South Eighth Street
                                  Minneapolis, MN 55402
                                  (612) 332-5300

                                  Shane A. Brunner
                                  MERCHANT & GOULD
                                  10 East Doty Street, Suite 600
                                  Madison WI 53703
                                  (608) 280-6750

                                  Regina V. Culbert
                                  MERCHANT & GOULD
                                  701 Fifth Avenue, Suite 4100
                                  Seattle, WA  98104
                                  (206) 342-6200

                                  *Attorneys for Plaintiff, REMBRANDT GAMING TECHNOLOGIES, LP*