J. Randall Jones (Nevada # 1927)
r.jones@kempjones.com
Spencer H. Gunnerson (Nevada Bar # 8810)
s.gunnerson@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada  89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REMBRANDT GAMING TECHNOLOGIES, LP, a Virginia limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> BOYD GAMING CORPORATION, a Nevada corporation; CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Delaware corporation; WMS GAMING, INC., a Delaware corporation; and LV GAMING VENTURES, LLC, a Nevada limited liability company, <br><br> Defendants. | Case No. 2:12-cv-00775-MMD-GWF <br><br> **STIPULATION TO REMOVE FOR ALL PURPOSES DEFENDANT LV GAMING VENTURES, LLC AND TO SUBSTITUTE IN LVGV, LLC** |

On or about October 28, 2013, LV Gaming Ventures, LLC was merged into an entity known as LVGV, LLC and now operates under this new entity.  As such, Plaintiff and Defendants stipulate and agree to remove for all purposes Defendant LV Gaming Ventures, LLC and to substitute in the new entity, LVGV, LLC as a Defendant.  The parties further stipulate and agree that the prior pleadings, papers and filings making reference to LV Gaming Ventures, LLC shall be deemed references to LVGV, LLC, and all references going forward shall be to LVGV, LLC.

1

**STIPULATED AND AGREED TO:**

Dated this 11th day of May, 2015                    Dated this 11th day of May, 2015

KEMP, JONES & COULTHARD, LLP              ROBISON, BELAUSTEGUI, SHARP & LOW

*/s/ Spencer H. Gunnerson*                               */s/ Keegan G. Low*
J. Randall Jones (Nevada # 1927)                    Keegan G. Low, Esq.
r.jones@kempjones.com                                   Nevada Bar No. 307
Spencer H. Gunnerson (Nevada Bar # 8810)    71 Washington Street
s.gunnerson@kempjones.com                          Reno, Nevada 89503
3800 Howard Hughes Pkwy, 17th Floor           Telephone: (775) 329-3151
Las Vegas, Nevada 89169                                Facsimile: (775) 329-7941
Telephone: (702) 385-6000                              Email: klow@rbsllaw.com
Facsimile: (702) 385-6001

*Attorneys for Defendant LV GAMING*              *Attorneys for Plaintiff*
*VENTURES (Now known as LVGV, LLC)*

### ORDER

**Pursuant to the Stipulation, IT IS SO ORDERED.**

Dated: May 11th, 2015

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

*/s/ Spencer H. Gunnerson*
J. Randall Jones (Nevada # 1927)
r.jones@kempjones.com
Spencer H. Gunnerson (Nevada Bar # 8810)
s.gunnerson@kempjones.com
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

*Attorneys for Defendant LV GAMING*
*VENTURES (Now known as LVGV, LLC)*