J. Randall Jones (Nevada # 1927)
*r.jones@kempjones.com*
Spencer H. Gunnerson (Nevada Bar # 8810)
*s.gunnerson@kempjones.com*
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada  89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

*Attorneys for Defendants*

*Additional attorneys listed in signature block*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REMBRANDT GAMING TECHNOLOGIES, LP, a Virginia limited partnership,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BOYD GAMING CORPORATION, a Nevada corporation; CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Delaware corporation; WMS GAMING, INC., a Delaware corporation, and LVGV, LLC, a Nevada limited liability company,<br><br>　　　　Defendants. | Case No. 2:12-cv-00775-MMD-GWF<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANTS TO AMEND ANSWERS** |

It is hereby stipulated and agreed, by and between Plaintiff REMBRANDT GAMING TECHNOLOGIES, LP, by and through its respective counsel of record, and Defendants BOYD GAMING CORPORATION, MGM RESORTS INTERNATIONAL OPERATIONS, INC.,

/ / /

1

LVGV, INC., and WMS GAMING, INC. ("Stipulating Defendants"), by and through their respective counsel of record, that Stipulating Defendants may amend their Answers.

DATED this 11th day of May, 2015.

| | |
|---|---|
| */s/Keegan G. Low* | */s/ Spencer H. Gunnerson* |
| Keegan G. Low (Nevada #307) | J. Randall Jones (Nevada # 1927) |
| Barry L. Breslow (Nevada #3023) | Spencer H. Gunnerson (Nevada Bar # 8810) |
| ROBISON, BELAUSTEGUL, SHARP & LOW | KEMP, JONES & COULTHARD, LLP |
| 71 Washington Street | 3800 Howard Hughes Pkwy, 17th Floor |
| Reno, Nevada 89503 | Las Vegas, Nevada 89169 |
| Telephone: 775-329-3151 | Telephone: (702) 385-6000 |
| | Facsimile: (702) 385-6001 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | |
| Christopher J. Sorenson | Timothy C. Meece |
| Christopher C. Davis | V. Bryan Medlock, Jr. |
| Rachel K. Zimmerman | Michael J. Harris |
| Emily M. Wessels | Audra Eidem Heinze |
| MERCHANT & GOULD | BANNER & WITCOFF, LTD. |
| 3200 IDS Center | 10 South Wacker Drive, Suite 3000 |
| 80 South Eighth Street | Chicago, Illinois 60606 |
| Minneapolis, Minnesota 55402 | Telephone: (312) 463-5000 |
| | *Attorneys for Defendant WMS Gaming Inc. and the Casino Defendants as to accused machines provided by WMS Gaming Inc.* |
| | |
| Jeffrey D. Blake | Patrick M. McCarthy |
| MERCHANT & GOULD | HOWARD & HOWARD ATTORNEYS PLLC |
| 191 Peachtree Street N.E. | 101 North Main, Suite 410 |
| Atlanta GA 30303 | Ann Arbor, MI 48104 |
| | Telephone: (734) 222-1483 |
| *Attorneys for Plaintiff* | *Attorneys for Casino Defendants as to accused machines provided by Konami* |
| | |
| | David P. Enzminger |
| | Jenna Weis Logoluso |
| | WINSTON & STRAWN |
| | 333 S. Grand Avenue |
| | Los Angeles, CA 90071-1543 |
| | Telephone: (213) 615-1700 |
| | *Attorneys for Casino Defendants as to accused machines provided by IGT* |

**ORDER**

**IT IS SO ORDERED** this  13th  day of  May, 2015  , 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:


*/s/Spencer H. Gunnerson*
J. Randall Jones (Nevada # 1927)
Spencer H. Gunnerson (Nevada Bar # 8810)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
*Attorneys for Defendants*

Timothy C. Meece
V. Bryan Medlock, Jr.
Michael J. Harris
Audra Eidem Heinze
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
*Attorneys for Defendant WMS Gaming Inc.*
*and the Casino Defendants as to accused*
*machines provided by WMS Gaming Inc.*

Patrick M. McCarthy
HOWARD & HOWARD ATTORNEYS PLLC
101 North Main, Suite 410
Ann Arbor, MI 48104
*Attorneys for Casino Defendants as to*
*accused machines provided by Konami*

David P. Enzminger
Jenna Weis Logoluso
WINSTON & STRAWN
333 S. Grand Avenue
Los Angeles, CA 90071-1543
*Attorneys for Casino Defendants as to*
*accused machines provided by IGT*