| | |
|---|---|
| Keegan G. Low (Nevada # 307) | J. Randall Jones (Nevada # 1927) |
| klow@rbsllaw.com | r.jones@kempjones.com |
| Barry L. Breslow (Nevada # 3023) | Spencer H. Gunnerson (Nevada Bar # 8810) |
| bbreslow@rbsllaw.com | s.gunnerson@kempjones.com |
| ROBISON, BELAUSTEGUI, SHARP & LOW | KEMP, JONES & COULTHARD, LLP |
| A Professional Corporation | 3800 Howard Hughes Pkwy, 17th Floor |
| 71 Washington Street | Las Vegas, Nevada 89169 |
| Reno, Nevada 89503 | Telephone: (702) 385-6000 |
| Telephone: (775) 329-3151 | Facsimile: (702) 385-6001 |
| Facsimile: (775) 329-7941 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REMBRANDT GAMING TECHNOLOGIES, LP, a Virginia limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION, a Nevada corporation; CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Delaware corporation; WMS GAMING, INC., a Delaware corporation; and LV GAMING VENTURES, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:12-cv-00775-MMD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time by which Plaintiff Rembrandt Gaming Technologies, LP must serve its reply brief and evidence in support of its proposed claim construction is extended to June 29, 2015. This extension would not affect the hearing set by the Court for October 13, 2015 to further address claim construction.

Dated: June 22, 2015

/s/ *PM* 
Keegan G. Low (Nevada # 307)
Barry L. Breslow (Nevada # 3023)
ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: 775-329-3151

Christopher J. Sorenson
Christopher C. Davis
Rachel K Zimmerman
Emily M. Wessels
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Jeffrey D. Blake
MERCHANT & GOULD
191 Peachtree Street N.E.
Atlanta, GA 30303

*Attorneys for Plaintiff*

/s/ *Spencer H. Gunnerson*
J. Randall Jones (Nevada # 1927)
Spencer H. Gunnerson (Nevada Bar # 8810)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
*Attorneys for Defendants*

Timothy C. Meece
V. Bryan Medlock, Jr.
Michael J. Harris
Audra Eidem Heinze
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
*Attorneys for Defendants WMS Gaming Inc. and the Casino Defendants with respect to WMS Gaming Inc.'s accused products*

Patrick M. McCarthy
HOWARD & HOWARD ATTORNEYS PLLC
101 North Main, Suite 410
Ann Arbor, MI 48104
*Attorneys for Casino Defendants with respect to accused products provided by Konami*

David P. Enzminger
Jenna Weis Logoluso
WINSTON & STRAWN
333 S. Grand Avenue
Los Angeles, CA 90071-1543
*Attorneys for Casino Defendants with respect to accused products provided by IGT*

IT IS SO ORDERED this ___22nd___ day of June, 2015

_____
MIRANDA M. DU
United States District Judge