# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REMBRANDT GAMING TECHNOLOGIES, LP, ) | |
| Plaintiff, ) | Case No. 2:12-cv-00775-MMD-GWF |
| vs. ) | **ORDER** |
| BOYD GAMING CORP., *et al.* ) | |
| Defendants. ) | |

This matter is before the Court on Defendants WMS Gaming Inc.'s, Boyd Gaming Corporation's, and LVGV, LLC's ("Defendants") Motion for Leave to File Exhibits Under Seal (#205), filed on April 19, 2016.

Defendants request to file under seal four exhibits to certain declarations in support of their Motion to Deem this Case Exceptional for an Award of Attorneys' Fees and Costs ("Motion to Deem"). Defendants also wish to file an unredacted version of the Motion to Deem under seal because the redacted portions refer to the protected exhibits. Defendants represent that the four exhibits have been designated confidential pursuant to the Stipulated Amendment to Protective Order entered into by the parties on September 9, 2015. *See Dkt. #159.* Therefore, the Court finds good cause to allow the four exhibits and an unredacted version of the Motion to Deem to be filed under seal.

**IT IS HEREBY ORDERED** that Defendants WMS Gaming Inc.'s, Boyd Gaming Corporation's, and LVGV, LLC's Motion for Leave to File Exhibits Under Seal (#205) is **granted**.

DATED this 21st day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge