# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REMBRANDT GAMING TECHNOLOGIES, LP,

    Plaintiff,

vs.

BOYD GAMING CORP., *et al.*

    Defendants.

Case No. 2:12-cv-00775-MMD-GWF

**ORDER**

    This matter is before the Court on Defendants WMS Gaming Inc.'s, Boyd Gaming Corporation's, and LVGV, LLC's ("Defendants") Motion for Leave to File Reply Brief Under Seal (#219), filed on May 16, 2016.

    On April 21, 2016, the Court granted Defendants' request to file under seal four exhibits to certain declarations in support of their Motion to Deem this Case Exceptional for an Award of Attorneys' Fees and Costs and an unredacted version of the Motion to Deem.  Defendants now request to file their reply brief and the instant motion under seal as they contain information that has been designated confidential pursuant to the Stipulated Amendment to Protective Order entered into by the parties on September 9, 2015.  *See Dkt. #159.*  Upon review, the Court finds good cause to allow Defendants' unredacted reply brief to be filed under seal.  However, good cause does not exist to warrant sealing of the instant motion.  Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendants WMS Gaming Inc.'s, Boyd Gaming Corporation's, and LVGV, LLC's Motion for Leave to File Reply Brief Under Seal (#219) is **granted**, in part.  Defendants may file their unredacted reply brief under seal.  However, Defendants' Motion for Leave shall be unsealed.

DATED this 18th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge