# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REMBRANDT GAMING TECHNOLOGIES, LP,

    Plaintiff,

vs.

BOYD GAMING CORP., *et al.*

    Defendants.

Case No. 2:12-cv-00775-MMD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File Under Seal (#212), filed on May 6, 2016.

Plaintiff requests leave to file its Opposition to Defendants' Motion to Deem this Case Exceptional for an Award of Attorneys' Fees and Costs (#213) under seal pursuant to the Stipulated Amendment to Protective Order entered into by the parties on September 9, 2015. *See Dkt. #159*. Plaintiff asserts that in order to oppose Defendants' motion, its opposition cited to and contains information from the exhibits to Defendants' Motion to Deem which the Court allowed Defendants to file under seal. *See Dkt. #207*. Upon review, the Court finds good cause to allow Plaintiff's unredacted opposition to be filed under seal. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Under Seal (#212) is **granted**.

DATED this 18th day of May, 2016.

                                                         */s/ George Foley, Jr.*
                                                        GEORGE FOLEY, JR.
                                                        United States Magistrate Judge