1  Barry L. Breslow, Esq.
   Nevada Bar No. 3023
2  Michael A. Burke, Esq.
   Nevada Bar No. 11527
3  ROBISON, BELAUSTEGUI, SHARP & LOW
   A Professional Corporation
4  71 Washington Street
   Reno, NV 89503
5  Telephone: 775-329-3151
   Facsimile: 775-329-7941
6  E-Mail: bbreslow@rbsllaw.com
           mburke@rbsllaw.com
7

8  *Attorneys for Plaintiff*
   *Rembrandt Gaming Technologies, LP*
9

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REMBRANDT GAMING TECHNOLOGIES, LP, a Virginia limited partnership, | Civil Action No. 2:12-cv-775-MMD-GWF |
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) |
| BOYD GAMING CORPORATION, a Nevada corporation; CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; NEW CASTLE CORP., a Nevada Corporation; RAMPARTS, INC., a Nevada corporation; MANDALAY CORP., a Nevada corporation; CIRCUS CIRCUS CASINOS, INC., a Nevada corporation; VICTORIA PARTNERS, a Nevada partnership; MGM GRAND HOTEL, LLC, a Nevada limited liability company; BELLAGIO, LLC, a Nevada limited liability company; THE MIRAGE CASINO-HOTEL, a Nevada corporation; NEW YORK-NEW YORK HOTEL & CASINO, LLC, a Nevada limited liability company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited liability company; WMS GAMING, INC., a Delaware corporation; and LVGV, LLC, a Nevada limited liability company, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 54(b), the Court hereby directs that a judgment of non-infringement be entered on behalf of Defendants Boyd Gaming Corporation, WMS Gaming, Inc., and LVGV, LLC.  This judgment does not apply to Defendant Caesars Entertainment Operating Company, Inc., which is subject to an automatic litigation stay while it is in bankruptcy.  The Court directs that this judgment be entered as to less than all claims or parties under Rule 54(b) so that an appeal can proceed on the non-infringement judgment involving Plaintiff Rembrandt Gaming Technologies, Inc. and all defendants other than Caesars. The Court finds there is no just reason for delay of the appeal while Caesars is in bankruptcy.

IT IS SO ORDERED this 16th day of June, 2016

_____
Miranda M. Du
UNITED STATES DISTRICT JUDGE